November 12, 1973.

Nos. 236, 237. ALBERS MILLING COMPANY, INC., and others, Appellants, v. DEPARTMENT OF INDUSTRY, LABOR & HUMAN RELATIONS, and others, Respondents. [Case No. 236.]

MAAS BROTHERS CONSTRUCTION COMPANY and others, Appellants, v. DEPARTMENT OF INDUSTRY, LABOR & HUMAN RELATIONS, and others, Respondents. [Case No. 237.]

For the appellants the cause was submitted on the supplemental brief of *William L. McCusker* of Madison.

For respondent Department of Industry, Labor & Human Relations the cause was submitted on the supplemental brief of *Robert W. Warren*, attorney general, and *Charles D. Hoornstra*, assistant attorney general. For respondent Lumbermens Mutual Casualty Company the cause was submitted on the supplemental brief of *Jenswold, Studt, Hanson, Clark & Kaufmann* of Madison.

Workmen's compensation. Appellants not aggrieved by department's interlocutory order. No entitlement to judicial review.